MARTIN DE MASCO, Respondent, v. BEE LINE, INC., Appellant.— Judgment of the County Court of Nassau county modified by reducing the verdict to $400 as stipulated by plaintiff, and as so modified unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

THE EMPLOYERS' LIABILITY ASSURANCE CORPORATION, LIMITED, OF LONDON, ENGLAND, Respondent, v. LOUIS DAVIS, Appellant.— Order and judgment of the County Court of Nassau county reversed upon the law, with ten dollars costs and disbursements, and motion for summary judgment denied, with ten dollars costs. The terms of the policy do not specifically cover operations in " grading land." The defendant in his affidavit says that his operations included " such operations as pulling out brush, clearing land, felling trees, pulling out stumps, etc." It does not appear that this type of work was incident to or connected with the classification of operation set forth in the policy, to wit, " Floors or sidewalks — not reinforced, including calking and the installation and repair of light prisms;" nor does it anywhere appear that the operations designated as " grading lands " were conducted in the same location as those classified as " floors or sidewalks," or that the defendant was not covered by other insurance on that kind of work. The plaintiff is not entitled to a summary judgment for additional premiums as the record stands. Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.

CELIA FINK, Respondent, v. BERTRAM FINK, Appellant.— Resettled order modified so as to provide that the total amount of arrears of alimony be liquidated at the rate of twenty-five dollars a week, and as so modified affirmed, with ten dollars costs and disbursements to respondent. No opinion. Lazansky, P. J., Young, Carswell and Davis, JJ., concur; Scudder, J., not voting. [139 Misc. 630.]

MARY FITZPATRICK, Respondent, v. IRVING TERRY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ.

FREDERICK J. GRACE, Appellant, v. WILLIAM H. OLIVER, Respondent.— Order denying plaintiff's motion for a new trial on the issue whether a certain parcel of real estate was partnership property unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

In the Matter of Proving the Last Will and Testament of HENRY REIMERS, Deceased. EDNA L. WEIGELT, Appellant; FRED ANTUSCH and WILHELMINA KRUEGER, Respondents. (Appeal No. 2.) — Order of the Surrogate's Court of Queens county modified so as to provide that the witnesses be examined as to the possession of the paper writing, and so as to require its production if it be in the possession or control of them or either of them. As so modified the order is affirmed, without costs; examination to proceed on five days' notice at the place and hour stated in the order. Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ., concur.

JAYKON REALTY CORPORATION, Respondent, v. VELODROME GARDEN APARTMENTS, INC., Appellant, and Others, Defendants.— Order striking out answer of Velodrome Garden Apartments, Inc., affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ., concur.